| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Capri Coast Capital, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
27-0771120

**4. Debtor's address**

Principal place of business:  
**23679 Calabasas Rd. #941**  
**Calabasas, CA 91302**  
Number, Street, City, State & ZIP Code

**Los Angeles**  
County

Mailing address, if different from principal place of business  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  
_____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Capri Coast Capital, Inc.** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Capri Coast Capital, Inc.**                                                        Case number (*if known*)
         Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Capri Coast Capital, Inc.** _____ Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2017**
              MM / DD / YYYY

**X /s/ Erika Rice** _____    **Erika Rice** _____
Signature of authorized representative of debtor    Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X /s/ Peter Bronstein** _____    Date **April 28, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Peter Bronstein**
Printed name

**The Law Offices of Peter Bronstein**
Firm name

**1999 Avenue of the Stars**
**Floor 11**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 203-2249**       Email address  **peterbronz@yahoo.com**

**153611**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Capri Coast Capital, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bankers Capital**<br>**28030 Dorothy Drive**<br>**Suite 201**<br>**Agoura Hills, CA**<br>**91301** | | **Business Debt** | | | | **$21,300.00** |
| **Chase**<br>**Attention:**<br>**Bankruptcy**<br>**Department**<br>**P.O. Box 15298**<br>**Wilmington, DE**<br>**19850** | | **Business Debt** | | | | **$16,374.24** |
| **Citi**<br>**Attention:**<br>**Bankruptcy**<br>**Department**<br>**P.O. Box 20507**<br>**Kansas City, MO**<br>**64915** | | **Business Debt** | | | | **$25,167.97** |
| **Citi**<br>**Attention:**<br>**Bankruptcy**<br>**Department**<br>**P.O. Box 20507**<br>**Kansas City, MO**<br>**64915** | | **Business Debt** | | | | **$16,292.18** |
| **Discover Bank**<br>**DFS Services, LLC**<br>**P.O. Box 3025**<br>**New Albany, OH**<br>**43054** | | **Business Debt** | | | | **$15,918.23** |
| **Discover Bank**<br>**DFS Services, LLC**<br>**P.O. Box 3025**<br>**New Albany, OH**<br>**43054** | | | | | | **$1,980.83** |

Debtor **Capri Coast Capital, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Edison**<br>**P.O. Box 600**<br>**Rosemead, CA**<br>**91771** | | **Utility** | | | | **$10,500.00** |
| **National Funding**<br>**9820 Towne Center Drive**<br>**Suite 200**<br>**San Diego, CA**<br>**92121** | | | | | | **$105,000.00** |
| **National Funding**<br>**9820 Towne Center Drive**<br>**Suite 200**<br>**San Diego, CA**<br>**92121** | | | | | | **$43,074.00** |
| **Pearl Capital**<br>**100 William Street,**<br>**9th Floor**<br>**New York, NY 10038** | | | | | | **$18,354.00** |
| **Stevenson Ranch**<br>**25636 The Old Road**<br>**Stevenson Ranch,**<br>**CA 91381** | | **Business Debt** | | | | **$10,839.56** |

.

Capri Coast Capital, Inc.
23679 Calabasas Rd. #941
Calabasas, CA 91302


Peter Bronstein
The Law Offices of Peter Bronstein
1999 Avenue of the Stars
Floor 11
Los Angeles, CA 90067


Bankers Capital
28030 Dorothy Drive
Suite 201
Agoura Hills, CA 91301


Bridgeport Marketplace


Chase
Attention: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850


Citi
Attention: Bankruptcy Department
P.O. Box 20507
Kansas City, MO 64915


Discover Bank
DFS Services, LLC
P.O. Box 3025
New Albany, OH 43054


Edison
P.O. Box 600
Rosemead, CA 91771

```
National Funding
9820 Towne Center Drive
Suite 200
San Diego, CA 92121


Pearl Capital
100 William Street, 9th Floor
New York, NY 10038


Stevenson Ranch
25636 The Old Road
Stevenson Ranch, CA 91381


Valencia Marketplace
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Peter Bronstein**<br>**1999 Avenue of the Stars**<br>**Floor 11**<br>**Los Angeles, CA 90067**<br>**(310) 203-2249 Fax: (310) 203-2259**<br>California State Bar Number: **153611**<br>**peterbronz@yahoo.com** | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Capri Coast Capital, Inc.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Peter Bronstein 153611**                                    , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1. I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ■ I am the attorney for the Debtor corporation
2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
   b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **April 28, 2017** | By: **/s/ Peter Bronstein** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Peter Bronstein 153611** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**